UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KINTON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-012405 |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, et.al. | ) | Honorable Elaine E. Bucklo |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2026, Order (Doc. No. 39), Plaintiff KINTON JONES, by his respective attorneys, for his Status Report, states as follows:

**Medical Discovery, Exhaustion, and Status of Pleadings**

Counsel obtained plaintiff's subpoenaed medical records from Stroger Hospital. Plaintiff believes that he was diagnosed with a left knee MCL tear, however, the medical records do not reveal an MCL (or any other) tear. Plaintiff was unable to undergo an MRI, due to bullet fragments in his body from a prior gunshot wound. Without the MRI (or invasive surgery), it is extremely difficult to diagnose an MCL tear. The Stroger records from August 2024, suggest soft tissue injuries.. It is unclear if it is possible to remove bullet fragments, or otherwise have an MRI performed.

Counsel evaluated 14 pages of grievances from plaintiff. None of the grievances related to to the multiple late July 2024 incidents giving rise to the complaint. There is an Inmate Disciplinary Report related to the July 30, 2024, incident but no corresponding grievance.

It is unclear if Plaintiff exhausted his administrative remedies. Counsel has not been provided with any video of the July 2024 incidents and does not know if video exists.

Based on the information known to date, the undersigned counsel does not believe that he can proceed with filing an Amended Complaint in accordance with Rule 11. It may be helpful if counsel could obtain (with the court's assistance) the following from the Cook County Sheriff's Office: all grievances, all related video, and any incident reports related to the July 2024 events, if they exist.

Dated: February 2, 2026

**PLAINTIFF, KINTON JONES**

By: *Troy S. Radunsky*
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky LLC
230 W. Monroe St., Suite 230
Chicago, IL 60606
(312)-300-4479
tradunsky@devoreradunsky.com